IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARLON TIGNER,<br>　　　　　Defendant. | CASE NO: **4:23CR3049**<br><br>**DETENTION ORDER** |

　　Based on the information in the pretrial services report, Defendant poses a serious risk of flight if released. On the government's motion, the court considered evidence presented on the issue of detention. The court concludes the defendant must be detained pending trial.

　　Based on the evidence presented and information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings, and by clear and convincing evidence that the defendant's release would pose a risk of harm to the public.

　　Specifically, the court finds that the defendant has an extensive criminal history of violating the law and court orders in multiple states (California, Nevada, Texas, Utah, Kansas, and Nebraska), including being a felon and drug addict in possession of concealed firearms; has previous charges for obstructing and resisting arrest; has violated conditions of parole or probation imposed by a court on at least 10 prior occasions; has extensively used aliases in court proceedings and has been convicted of producing and transferring false identifications; has a history of harming or threatening harm to others; abuses illegal drugs; has no employment history in Nebraska; has failed to appear for court proceedings in the past; is currently in Nebraska state custody; and is also subject to an active warrant for burglary out of Texas.

Conditions which restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education, employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

## Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Dated May 18, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge