IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>vs.<br><br>MARLON TIGNER,<br><br>            Defendant. | 4:23CR3049<br><br>**WAIVER** |

Defendant hereby states Defendant:

1)     has read, reviewed, and understands the pending Superseding Indictment;

2)     has consulted with counsel regarding the pending charges;

3)     waives the right to an initial appearance on the Superseding Indictment;

4)     enters a plea of not guilty to the charges in the Superseding Indictment; and

5)     pursuant to 28 USC § 1746, Defendant declares under penalty of perjury:

I have read the statements contained within this document, the statements are true, and they are hereby knowingly, intelligently, and voluntarily presented to the court in support of Defendant's request to waive the right to an initial appearance on the pending charges.

Dated: 6/22/2023 .

                                                                                            *Marlon Tigner*
                                                                                            Defendant

Dated: 6/22/23 .

                                                                                            Defense Counsel

IT IS ORDERED:

The Defendant's waiver of initial appearance is knowingly, intelligently, and voluntarily and is hereby accepted and approved.

Dated: __6/22/2023_____.

_____
Cheryl R. Zwart
United States Magistrate Judge